## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **23-mj-6030**

USAO No. **2023R00877**

Date **11/4/2024**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint ☐ Removal Proceedings in

United States v. **Emmanuel Hernandez**

The Complaint/Rule 40 Affidavit was filed on **8/14/2023**

✓ U.S. Marshals please withdraw warrant

KATHERINE CHENG
Digitally signed by KATHERINE CHENG
Date: 2024.11.04 10:43:21 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Katherine Cheng**
(print name if signature handwritten)

**SO ORDERED:**

DATE: November 4, 2024

*[signature]*

UNITED STATES MAGISTRATE JUDGE